Frederick O. Blenckstone, Appellant, v. Sydney A. Syme, Respond-

ent.— Order affirmed, with ten dollars costs and disbursements, upon the ground that, while we think the original motion to open the default might well have been granted, we conclude that the plaintiff's remedy was to appeal from. the first Special Term order denying that motion, or to renew the motion with the consent of the judge presiding at that Special Term. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.